**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO.  3:23-CV-422-MOC-DCK**

| | | |
|---|---|---|
| **NADINE BALLARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **BANK OF AMERICA, N.A., et al.,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

  **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit*" (Document No. 5) filed by Scott C. Harris, concerning Brian D. Flick, on July 14, 2023.  Brian D. Flick seeks to appear as counsel *pro hac vice* for Plaintiff.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

  **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**.  Brian D. Flick is hereby admitted *pro hac vice* to represent Plaintiff.

  **SO ORDERED**.

Signed: July 14, 2023

David C. Keesler
United States Magistrate Judge