UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-422-MOC-DCK

NADINE BALLARD, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

BANK OF AMERICA, N.A., *et al.*

    Defendants.

Case No. 3:23-cv-422-MOC-DCK

## AMENDED MOTION TO CONSOLIDATE AND APPOINT INTERIM LEAD COUNSEL

Plaintiff in the above-captioned case, through undersigned counsel, hereby moves this Court for an Order consolidating this case with *Magers, et al. v. Bank of America, N.A., et al.*, Case No. 3:23-cv-459 (filed July 25, 2023) and *Jones, et al. v. Bank of America, N.A., et al.*, No. 3:23-cv-00491 (filed August 4, 2023), and appointing Interim Lead Counsel in the consolidated case, pursuant to Fed. R. Civ. P. 23(g), and 42(a) and LCvR 42.1. A copy of the proposed Order for this Amended Motion is being submitted through Cyberclerk, pursuant to LCvR 5.2.1(b) and LCvR 7.1(g). In support of Plaintiff's Amended Motion, Plaintiff shows as follows:

1. Plaintiff seeks consolidation of three putative class action cases pending in this Court involving common issues of law and fact, namely: *Nadine Ballard, et al. v. Bank of America, N.A., et al.*. No. 3:23-cv-422-MOC-DCK (Filed July 13, 2023) (*"Ballard"*), *Jason Robert Magers, et al. v. Bank of America, N.A., et al.*, Case No. 3:23-cv-459 ("*Magers*") and *Mia Jones, et al. v. Bank of America, N.A., et al.*, No. 3:23-cv-00491 ("*Jones*").

2. A previous Motion to Consolidate and Appoint Interim Lead Counsel (Doc. 18) and Memorandum in Support (Doc. 19) were filed in *Ballard* on August 4, 2023; a previous Notice of Filing Motion to Consolidate was filed in *Magers* on August 4, 2023. The *Jones* action was filed on the same day.

3. Pursuant to LCvR 42.1, this Amended Motion to Consolidate cases is being filed in *Ballard*, with an Amended Notice of Filing being filed in the *Magers* action and a Notice of Filing being filed in the *Jones* action.

4. As of the filing of this Amended Motion, Plaintiff is unaware of any *additional* actions pending in this District which may involve common issues of fact and law.[1]

5. Here, all three of the putative class actions assert similar claims arising from Defendant Bank of America, N.A.'s and Defendant Bank of America Corporation's (collectively, "Defendants") conduct related to Defendants' actions in opening financial accounts on behalf of the Plaintiffs and putative class members without their knowledge, authorization or consent. Accordingly, the Plaintiff respectfully shows that these three actions should be consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a).

6. Under Fed. R. Civ. P. 23(g)(3), "[t]he court may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." In so appointing, the Court may consider factors relating to the prospective counsel's reputation and skills. *See* Rule 23(g)(1).

7. Here, the undersigned attorneys for the Plaintiffs in the three putative class actions respectfully, jointly request that the Court appoint Marc E. Dann of DannLaw, Jennifer S. Czeisler

---

[1] *Christensen v. Bank of America, N.A.* (No. 3:23-cv-468), has been filed in the Western District against these Bank of America. That case, however, centers on the Defendants' alleged false advertising and failure to pay sign-up bonuses for rewards credit cards, and therefore does not involve common issues of law and fact as the cases *sub judice*.

2

of Sterlington PLLC and Charles E. Schaffer of Levin Sedran & Berman LLP as interim Co-Lead Counsel pursuant to Civ. R. 23(g), appoint Joel R. Rhine of Rhine Law Firm, P.C. as interim liaison counsel, and appoint Olivia B. Smith of Wallace and Graham, P.A., Israel David of Israel David LLC, Jim Evangelista of Evangelista Worley LLC, Scott Harris of Milberg Coleman Bryson Phillips Grossman, PLLC, Jeffrey S. Goldenberg of Goldenberg Schneider, L.P.A., Joseph M. Lyon of The Lyon Firm and D. Aaron Rihn of Robert Peirce & Associates, P.C. to the Plaintiffs' Executive Committee with Israel David being appointed as Chairman of the Executive Committee. The Professional biographies for these attorneys and firms are attached hereto as Exhibits 1-11.

8. Plaintiffs' Counsel in the *Ballard, Magers* and *Jones* matters have met and conferred with regard to this Amended Motion.

9. Counsel for Plaintiffs has conferred with incoming counsel for Defendant who advised Defendant does not object to the three cases being consolidated but will oppose other aspects of the motion.

WHEREFORE, the Plaintiff respectfully requests that the Court enter an order consolidating these matters and appointing interim counsel as requested. A proposed Order on this Amended Motion is submitted herewith for the Court's consideration.

DATED: August 18, 2023          Respectfully submitted,

/s/Marc E. Dann
Marc E. Dann (OH 0039425)*
Brian D. Flick (OH 0081605)*
DannLaw
15000 Madison Avenue
Lakewood, Ohio 44107
Tel.: 216-373-0539
Fax: 216-373-0536
mdann@dannlaw.com
bflick@dannlaw.com

Scott C. Harris
NC Bar No.: 35328
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
900 W. Morgan St.
Raleigh, NC 27603
Tel: 919-600-5000
Fax:` 919-600-5035
Email: sharris@milberg.com

Israel David*
israel.david@davidllc.com
Blake Hunter Yagman*
blake.yagman@davidllc.com
ISRAEL DAVID LLC
17 State Street, Suite 4010
New York, New York 10004
Tel.: 212-739-0622

James M. Evangelista**
EVANGELISTA WORLEY LLC
500 Sugar Mill Road, Suite 245A
Atlanta, Georgia 30350
Tel.: 404-205-8400
Email: jim@ewlawllc.com

Jennifer S. Czeisler*
Sterlington PLLC
One World Trade Center
85th Floor
New York, NY 10007
Tel: (212) 433-2993
jen.czeisler@sterlingtonlaw.com

*Counsel for Plaintiff Nadine Ballard and the putative class*

*Admitted Pro Hac Vice
** Pro Hac Vice Admissions forthcoming

Consented and Agreed to by:    /s/Joel R. Rhine_____
Joel R. Rhine
NCSB 16028
Martin Ramey
NCSB 33617
Rhine Law Firm, P.C.

4

North Carolina State Bar No. 16028
1612 Military Cutoff, Suite 300
Wilmington, NC 28403
910-772-9960
Fax: 910-772-9062
jrr@rhinelawfirm.com
mjr@rhinelawfirm.com

Mona Lisa Wallace
NCSB 9021
John S. Hughes
NCSB 22126
Olivia B. Smith
NCSB 58375
Wallace and Graham, P.A.
525 North Main Street
Salisbury, NC 28144
704-633-5244
Fax: 704-633-9434
mwallace@wallacegraham.com
jhughes@wallacegraham.com

Jeffrey S. Goldenberg*
Todd B. Naylor*
GOLDENBERG SCHNEIDER, L.P.A.
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Phone: (513) 345-8291
Fax: (513) 345-8294
jgoldenberg@gs-legal.com
tnaylor@gs-legal.com

D. Aaron Rihn, Esquire*
Robert Peirce & Associates, P.C.
707 Grant Street, Suite 125
Pittsburgh, PA 15219
Phone: 412-281-7229
Fax: 412-281-4229
arihn@peircelaw.com

Charles E. Schaffer, Esquire*
Daniel C. Levin, Esquire*
Nicholas J. Elia, Esquire*
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

5

Phone: (215)592-1500
Fax: (215)592-4663
cschaffer@lfsblaw.com
dlevin@lfsblaw.com
nelia@lfsblaw.com

Joseph M. Lyon*
THE LYON FIRM
2754 Erie Ave.
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
jlyon@thelyonfirm.com

*Pro Hac Vice admission forthcoming

Counsel for Plaintiffs Jason Robert Magers and Randy Herman and the putative class in *Jason Robert Magers, et al. v. Bank of America, N.A., et al*, No. 3:23-cv-00459

Consented and Agreed to by:

/s/ Jean S. Martin
Jean S. Martin
NC Bar #25703
John A. Yanchunis*
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 559-4908
jeanmartin@ForThePeople.com
jyanchunis@ForThePeople.com

Dena C. Sharp*
Adam E. Polk*
Jordan Elias*
Nina R. Gliozzo*
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com
jelias@girardsharp.com
ngliozzo@girardsharp.com

6

Case 3:23-cv-00422-MOC-DCK   Document 26   Filed 08/18/23   Page 6 of 8

*Pro Hac Vice admission forthcoming

Counsel for Plaintiffs Mia Jones and the putative class in *Mia Jones, et al. v. Bank of America, N.A., et al.*, No. 3:23-cv-00491

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2023, I have served a copy of the foregoing document on all counsel of record by ECF filing, email and U.S. mail including to:

Joel R. Rhine
Martin Ramey
Rhine Law Firm, P.C.
North Carolina State Bar No. 16028
1612 Military Cutoff, Suite 300
Wilmington, NC 28403

Mona Lisa Wallace
John S. Hughes
Olivia M. Smith
Wallace and Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Jeffrey S. Goldenberg
Todd B. Naylor
GOLDENBERG SCHNEIDER, L.P.A.
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242

D. Aaron Rihn, Esquire
Robert Peirce & Associates, P.C.
707 Grant Street, Suite 125
Pittsburgh, PA 15219

Charles E. Schaffer, Esquire
Daniel C. Levin, Esquire
Nicholas J. Elia, Esquire
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Joseph M. Lyon

THE LYON FIRM
2754 Erie Ave.
Cincinnati, OH 45208

Counsel for Plaintiffs Jason Robert Magers and Randy Herman and the putative class in *Jason Robert Magers, et al. v. Bank of America, N.A., et al*, No. 3:23-cv-00459

Jean S. Martin
John A. Yanchunis
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602

Dena C. Sharp
Adam E. Polk
Jordan Elias
Nina R. Gliozzo
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Counsel for Plaintiffs Mia Jones and the putative class in *Mia Jones, et al. v. Bank of America, N.A., et al.*, No. 3:23-cv-00491

Bank of America, N.A.
℅ Registered Agent: CT Corporation System
160 Mine Lake Ct, Suite 200
Raleigh, NC 27615

Bank of America Corporation
℅ Registered Agent: CT Corporation System
160 Mine Lake Ct, Suite 200
Raleigh, NC 27615

/s/Marc E. Dann
Marc E. Dann (OH 0039425)
Brian D. Flick (OH 0081605)
DannLaw
*Co-Counsel for Plaintiff Nadine Ballard and the putative class*