# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CV-422-MOC-DCK

| | |
|---|---|
| NADINE BALLARD, on behalf of herself and all other similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER** |
| BANK OF AMERICA, N.A., BANK OF AMERICA CORPORATION, and DOES 1-10, ) ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Consent Motion To Stay The Deadline To Respond To Plaintiff's Class Action Complaint And Extending Briefing Schedule" (Document No. 28) filed August 25, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Consent Motion To Stay The Deadline To Respond To Plaintiff's Class Action Complaint And Extending Briefing Schedule" (Document No. 28) is **GRANTED**. Defendants shall file a response to Plaintiff's "Amended Motion To Consolidate And Appoint Interim Lead Counsel" (Document No. 26) on or before **September 15, 2023**; Defendants' deadline to file an Answer, or other response to Plaintiff's "Class Action Complaint" (Document No. 1) is **STAYED** pending a decision by the Court on the "…Motion To Consolidate…" (Document No. 26).

**SO ORDERED**.

Signed: August 25, 2023

David C. Keesler
United States Magistrate Judge