IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-422-MOC-DCK

| NADINE BALLARD, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| BANK OF AMERICA, N.A., et al., | ) |  |
| Defendants. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Consent Motion To Stay Proceedings Pending A Decision By The Judicial Panel On Multidistrict Litigation" (Document No. 30) filed September 14, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Consent Motion To Stay Proceedings Pending A Decision By The Judicial Panel On Multidistrict Litigation" (Document No. 30) is **GRANTED**. This case is **STAYED** pending the Judicial Panel on Multidistrict Litigation's decision on transfer and consolidation. The parties shall file a joint Status Report on or before **December 14, 2023**, and every ninety (90) days thereafter.

**SO ORDERED**.

Signed: September 15, 2023

David C. Keesler
United States Magistrate Judge