UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-422-MOC

| | |
|---|---|
| NADINE BALLARD, individually and on behalf of all others similarly situated, ) ) ) ) Plaintiff, ) ) vs. ) ) BANK OF AMERICA, N.A., ET AL., ) ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER** is before the Court on its own motion following a Status Report filed by the parties. See (Doc. No. 35).

This matter has been stayed. The parties note in their Status Report that the parties agree that the Court's order staying the deadline to respond to the Complaint (Doc. No. 29) should remain in force, but the stay otherwise should be lifted so motions to transfer/consolidate can be filed and resolved first.

**IT IS HEREBY ORDERED** that the stay is hereby lifted as to the pending Motion to Consolidate (Doc. Nos. 18, 26) only. Responses to the pending Motion to Consolidate shall be due within 14 days of entry of this Order.

**SO ORDERED**.

Signed: December 19, 2023

Max O. Cogburn Jr.
United States District Judge