**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-422-MOC-DCK**

IN RE: BANK OF AMERICA
UNAUTHORIZED ACCOUNT OPENING
LITIGATION

**THIS MATTER** is before the Court on its own motion.

The Court has been made aware that the Order granting the Motion to Appoint Co-Lead Interim Class Counsel was granted and entered March 20, 2024, one day before the deadline to respond ran (March 21). See (Doc. No. 53). The parties are instructed to file any responses within 10 days of entry of this Order. The Court will consider any responses/objections to the Order granting the Motion to Appoint Co-Lead Interim Class Counsel.

Signed: March 21, 2024

Max O. Cogburn Jr.
United States District Judge