UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-422-MOC-DCK

| IN RE: BANK OF AMERICA UNAUTHORIZED ACCOUNT OPENING LITIGATION | **ORDER** |
|---|---|

**THIS MATTER** comes before the Court on Defendants' consent motion for entry of an order staying all responsive pleading deadlines until a decision is made regarding the appointment of interim counsel and the Plaintiffs' Consolidated Complaint is filed. (Doc. No. 50). Having considered the motion, for reasons set forth herein, and being otherwise fully advised of the premises, it is hereby **ORDERED**:

1. The Motion is **GRANTED**.

2. All responsive pleading deadlines are stayed pending a decision regarding the appointment of interim counsel.

3. After a decision regarding interim counsel is made, Plaintiffs shall have 60 days to file a Consolidated Complaint.

4. Once the Consolidated Complaint is filed, Defendants will have 45 days to respond.

**IT IS SO ORDERED**.



Max O. Cogburn Jr
United States District Judge

1