**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-422-MOC-DCK**

| | | |
|---|---|---|
| **NADINE BALLARD, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BANK OF AMERICA, N.A., et al.,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 72) filed by Interim Liaison Counsel Gary W. Jackson on November 11, 2024.

Applicant Lydia E. Lockwood seeks to appear as counsel *pro hac vice* for Plaintiffs Robert Schak and Andrew Beal. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 72) is **GRANTED**. Lydia E. Lockwood is hereby admitted *pro hac vice* to represent Plaintiffs Robert Schak and Andrew Beal.

**SO ORDERED**.

Signed: November 12, 2024

David C. Keesler
United States Magistrate Judge