IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-422-MOC-DCK

| NADINE BALLARD, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | **ORDER** |
| v. | ) | |
| BANK OF AMERICA, N.A., et al., | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 75) filed by Local Counsel Gary W. Jackson on December 4, 2023. See (Document No. 37)

Applicant Robert K. Shelquist seeks to appear as counsel *pro hac vice* for Plaintiff Robert Schak. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 75) is **GRANTED**. Robert K. Shelquist is hereby admitted *pro hac vice* to represent Plaintiff Robert Schak.

**SO ORDERED**.

Signed: December 4, 2024

David C. Keesler
United States Magistrate Judge