UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-422-MOC-DCK

| | |
|---|---|
| NADINE BALLARD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   ORDER |
| | ) |
| BANK OF AMERICA, N.A., et al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the court on Plaintiffs' Motion to Strike New and Improper Arguments, or, in the Alternative, For Leave to File a Surreply. (Doc. No. 80). Having considered the motion and reviewed the pleadings, the court will allow Plaintiff to file a surreply and accordingly, enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiffs Motion For Leave To File Surreply, (Doc. No. 80), is **GRANTED**. Plaintiffs shall file a surreply within **twenty (20) days** of the entry of this Order.

Signed: January 31, 2025

Max O. Cogburn Jr.
United States District Judge